**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CYNTHIA BENEFIELD,

    Plaintiff,

v().                                       Case No. 3:23-cv-1075-MMH-LLL

CITY OF JACKSONVILLE, FL
MAYOR, et al.,

    Defendants.
_____/

**O R D E R**

    **THIS CAUSE** is before the Court sua sponte. On December 6, 2023, this Court entered an Order directing Plaintiff to file an amended complaint on or before January 5, 2024. See Order (Dkt. No. 4). Plaintiff was cautioned that failure to do so may result in the dismissal of this action. See id. However, as of this date, Plaintiff has failed to file an amended complaint. The Court notes that the Clerk of the Court attempted to mail copies of this Court's Orders to Plaintiff at the address she originally provided to the Court. However, the mail was returned as undeliverable and unable to forward. It is the responsibility of Plaintiff to keep her address current with the Court.

    Based on Plaintiff's failure to respond to this Court's Order and to provide a current address to the Court, the undersigned concludes that Plaintiff has

failed to prosecute this action. Therefore, pursuant to Rule 41(b) and Local Rule 3.10, dismissal of this action without prejudice is appropriate. See Brown v. Tallahassee Police Dept., No. 06-13131, 205 Fed. Appx. 802, 802 (11th Cir. Nov. 15, 2006). Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk of the Court is directed to enter judgment dismissing this case without prejudice, terminate any remaining deadlines or pending motions as moot, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 12th day of January, 2024.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Party